**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

IN RE: KARL E SMITH  
5738 HWY 143  
DEATSVILLE, AL 36022

CASE NO: 06-31683-DHW  
Chapter 13

Soc. Sec. No. XXX-XX-5791  
Debtor.

---

**INCOME WITHHOLDING ORDER**

---

TO: FLOWERS BAKERY  
ATTN PAYROLL  
140 FOLMAR PKWY  
MONTGOMERY, AL 36105

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that FLOWERS BAKERY withhold from the wages, earnings, or other income of this debtor the sum of $287.00 WEEKLY and remit all such funds withheld to:

CHAPTER 13 TRUSTEE  
06-31683-DHW KARL E SMITH  
P O BOX 613108  
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Wednesday, April 15, 2009 .

cc: Debtor  
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge