IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: | ) |
| | ) Case No. 06-31683-DHW-13 |
| KARL E SMITH, and | ) |
| TERESA E SMITH | ) Chapter 13 |
| | ) |
| Debtors. | ) |

## MOTION FOR RELIEF FROM AUTOMATIC STAY OF SECTION 362 (a)

COMES NOW, your petitioner, Citifinancial Auto Corporation f/k/a Transouth Financial Corporation (hereinafter referred to as "CitiFinancial"), and respectfully represents unto the Court as follows:

1. That the Debtors, Karl E Smith and Teresa E Smith (hereinafter "the Debtors"), in the above styled cause filed a petition in the United States Bankruptcy Court for the Middle District, the same being Case No. 06-31683-DHW-13.

2. That prior to, and on to-wit: September 23, 2004, the Debtors executed a Retail Installment Sales Contract purchasing **One (1) 2001 Ford F150, Vin No. 1FTRW08L41KD94502**. A copy of the Retail Installment Sales Contract and Certificate of Title is attached hereto collectively as Exhibit "A" and incorporated herein by reference.

3. That CitiFinancial avers that the Debtors failed and refused to make payments as set out in the contract and the contract is now in default for the installment months of May , 2009 through August, 2009 in the amount of $3325.99.

4. That according to the confirmed Chapter 13 plan, the debt was placed into the plan and payments are to be paid to CitiFinancial through the Chapter 13 Trustee.

5. That CitiFinancial avers that the Debtors have failed and refused to make payments to the Chapter 13 Trustee as set out in the confirmed plan and the payments to CitiFinancial are now in default.

6. That CitiFinancial further avers that under the terms of its agreements, it retains an interest in the collateral that is superior to the interest of the Trustee. CitiFinancial further avers that there is no value in the collateral herein beyond the indebtedness owed to CitiFinancial and that there is no equity in the said collateral for the estate.

7. That CitiFinancial also claims fees and costs for the filing of this motion.

Smith; File #09-06321-1

Case 06-31683    Doc 58    Filed 10/05/09    Entered 10/05/09 14:54:13    Desc Main
                          Document    Page 1 of 2

WHEREFORE, PREMISES CONSIDERED, CitiFinancial prays this Honorable Court for an Order granting its above and foregoing motion, and for such further and other relief as this Court deems proper.

/s/ Paul J. Spina, III
Attorney for CitiFinancial Auto Corporation

**OF COUNSEL:**
YEAROUT, SPINA & LAVELLE, P.C.
1500 Urban Center Drive, Suite 450
Birmingham, Alabama 35242
(205) 298-1800

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing motion upon the following by placing the same in the U.S. Mail, postage pre-paid, and via ECF e-mail on this the **2nd** day of **October, 2009**.

/s/
OF COUNSEL

Richard D. Shinbaum
Attorney at Law
P.O. Box 201
Montgomery, AL 36101

Curtis C. Reding
Chapter 13 Trustee
Post Office Box 173
Montgomery, AL 36101

Karl E Smith
5738 Hwy 143
Deatsville, AL 36022

Teresa E Smith
5738 Hwy 143
Deatsville, AL 36022